# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3738
LT Case No. 2007-031334-CFAES

_____

WILLIE D. UPSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Volusia County.
Kathryn D. Weston, Judge.

Willie D. Upson, Wewahitchka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Zachary L. Wiseman, Assistant Attorney General, Daytona Beach, for Appellee.

April 23, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____